IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GREGORY GAMACHE,

                      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

                      Defendant.

ORDER

11-cv-173-wmc

_____

      Plaintiff Gregory Gamache has requested leave to proceed *in forma pauperis* in this civil action for monetary relief, brought under 42 U.S.C. § 1983. From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether he qualifies for indigent status. In his affidavit of indigency, plaintiff states that he has no income and no assets, but he does not include information as to how he is able to pay for his basic necessities, such as food, clothing and shelter. To clear all this up, plaintiff may have until March 31, 2011 to complete and submit the affidavit of indigency form that is enclosed, to include a legible signature.

ORDER

      IT IS ORDERED that a decision whether plaintiff Gregory Gamache may proceed *in forma pauperis* in this action is STAYED. Plaintiff may have until March 31, 2011, in which to amend his affidavit of indigency, sign his complaint and return them both to the court. In his affidavit of indigency, plaintiff should take particular care to show where he receives the means to pay for his basic necessities, such as food, clothing and shelter. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed *in forma pauperis* for failure to show that he is indigent.

      Entered this 10th day of March, 2011.

                      BY THE COURT:

                      /s/

                      STEPHEN L. CROCKER
                      Magistrate Judge